IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:08CV82 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| $29,900.00 in U. S. Currency, | ) | |
| Defendant. | ) | |
| BRYAN STUART, Claimant. | ) | |

Upon notice of settlement given to the magistrate judge by Nancy Svoboda, counsel for Government,

**IT IS ORDERED:**

1. On or before **June 6, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The non-jury trial set for May 20, 2009, is cancelled upon the representation that this case is settled.

Dated this 6th day of May 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge